IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| STEPHEN BEIGHTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0781 |
| | ) | Judge Trauger |
| SUNTRUST BANKS, INC., | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On September 20, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 13), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion To Remand (Docket No. 8) is **DENIED**, and the defendant's Motion to Dismiss (Docket No. 5) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 16th day of December 2010.

_____
ALETA A. TRAUGER
U.S. District Judge